UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NIKKI L. JOHNSTON<br>3 Norham Circle<br>Bella Vista, Arkansas  72714,<br><br>  Plaintiff,<br><br>    v.<br><br>WHALA B. SINGH<br>7346 Ardglass Drive<br>Lorton, Virginia  22079<br><br>  and<br><br>UNITED STATES OF AMERICA<br><br>  Defendants. | Civil Action No. 22-1284 |

## NOTICE OF REMOVAL OF A CIVIL ACTION

Defendant United States of America (the "United States") hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1442(a)(1), 1446.  In support of this Notice, the United States asserts as follows:

1. Plaintiff filed a civil action styled *Nikki L. Johnston v. Whala B. Singh and Eric Donald Radwick*, now pending in the Superior Court of the District of Columbia, Civil Action No. 2022 CA 001295 V, before the Honorable William M. Jackson.  A copy of the Complaint is attached as Exhibit A.

2. Plaintiff filed the Complaint on March 22, 2022, and served it upon Mr. Radwick on April 28, 2022.

3. In the Complaint, Plaintiff claims that Defendants were negligent in connection with an automobile accident in Washington, D.C., on February 3, 2020, causing injuries to Plaintiff.

4. According to the case docket, the matter is currently scheduled for an initial scheduling conference in D.C. Superior Court on June 24, 2022.

5. As stated in the attached Westfall Declaration, the Chief of the Civil Division of the United States Attorney's Office for the District of Columbia has found that Mr. Radwick was acting within the scope of his employment as an employee of the United States of America at the time of the alleged incidents.  Exhibit B.

6. Accordingly, the United States of America is substituted as a Defendant in place of Mr. Radwick.  28 U.S.C. § 2679(d).

7. This is a civil action commenced in State court against the United States.  *See* 28 U.S.C. § 1442(a)(1).  Plaintiff's claim is one over which the District Court has original jurisdiction because the action is brought against the United States.  28 U.S.C. § 1346.  Removal of this matter is, therefore, authorized pursuant to 28 U.S.C. § 1442(a)(1).

WHEREFORE, this action is properly removed from the Superior Court of the District of Columbia.

Dated:  May 11, 2022

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Paul Cirino*
PAUL CIRINO, D.C. Bar #1684555
Assistant United States Attorney
Civil Division
601 D Street, N.W.

Washington, D.C. 20530
Telephone: (202) 252-2529
paul.cirino@usdoj.gov

*Counsel for Defendant*
*United States of America*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 11, 2022, I served the foregoing Notice of Removal of a Civil Action by sending it by first-class United States mail, postage pre-paid, to the following addresses:

NIKKI L. JOHNSTON
c/o Duane O. King
1001 L Street, S.E.
Washington, DC  20003

Whala B. Singh
7346 Ardglass Drive
Lorton, VA  22079

                /s/ *Paul Cirino*
                Paul Cirino