# EXHIBIT A

## IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

NIKKI L. JOHNSTON )
3 NORHAM CIR. )
BELLA VISTA, AR 72714 )
)
)
            Plaintiff, )
vs. ) Case No.   2022 CA 001295 V
)
WHALA B. SINGH )
7346 Ardglass Dr. )
Lorton, VA 22079 )
)
& )
)
ERIC DONALD RADWICK )
10173 Caladium Drive.
Manassas, VA 20110

Defendants.

## COMPLAINT

Plaintiff, Nikki L. Johnston, by and through her attorney Duane O. King, and the Law Offices of Duane O. King, PC, hereby files this Complaint for negligence against Whala Singh and/or Eric Donald Radwick.

### JURISDICTION

1. Jurisdiction of this Court over Defendants is invoked pursuant to D.C. Code §§11-921 and 13-422 *et seq.*

### PARTIES

2. Plaintiff Nikki L. Johnston is an adult resident of the Arkansas residing at the above-captioned address.

3. Defendant Whala Singh ("Defendant Singh") is a resident of Lorton, Virginia, residing at the above captioned address.

4. Defendant Eric Radwick ("Defendant Martin"), is a resident of Manassas, Virginia residing at the above-captioned address.

## FACTUAL BACKGROUND

5. The Plaintiff incorporates by reference all other paragraphs of this Complaint in full force and effect as if fully alleged herein.

6. At all relevant times, Defendant Singh was operating his vehicle as a taxi driver.

7. On February 3rd, 2020, the Plaintiff was in a taxi being operated by Defendant Singh.

8. On or about February 3rd, 2020 at approximately 10:00 PM, the Plaintiff was a lawful passenger in the vehicle operated by Defendant Singh.

9. On or about February 3rd, 2020, Defendant Singh was operating his vehicle attempting to travel through the intersection of Independence Avenue and 12th St. SW.

10. On or about the same date and time, Defendant Singh entered the intersection of Independence Avenue and 12th St. SW in Washington, DC at the same time that the vehicle being operated by Defendant Radwick entered the intersection of Independence Avenue and 12th St. SW in Washington, D.C. When the two vehicles entered the intersection, the

vehicles collided, causing serious and permanent injuries to the Plaintiff Nikki L. Johnston.

## COUNT I
### Negligence
### (Defendant Singh)

11. The Plaintiff incorporates by reference all other paragraphs of the Complaint as if fully alleged herein.

12. Defendant Singh owed the Plaintiff a duty to act reasonably under the circumstances including, but not limited to, a duty to operate the vehicle he was driving in a safe manner and a duty to avoid colliding with other vehicles or other objects on the road.

13. Defendant Singh breached that duty to the Plaintiff by (a) failing to pay full-time attention to the road; (b) failing to avoid colliding with other vehicles on the road; (c) failing to operate the motor vehicle he was driving in a reasonable, careful, and prudent manner; (d) failing to obey the traffic laws then and there in full force and effect; (e) operating the vehicle he was driving in a reckless manner; (f) failing to keep a proper lookout for oncoming traffic; (g) failing to otherwise act as a reasonable person would under the circumstances; (h) failing to yield the right of way; and (i) failing to otherwise use that degree of caution and attention which a person of ordinary skill and judgment would use under similar circumstances.

14. As a direct and proximate result of the negligence of Defendant Singh, the Plaintiff sustained serious and permanent injuries, have incurred, and will continue to incur, substantial expenses for medical care and attention, have sustained serious injuries that have significantly affected her ability to perform her customary daily activities; have suffered, and will continue to suffer, physical pain and mental anguish; and have suffered, and will continue to suffer, a loss of wages and wage earning capacity.

## COUNT II
### Negligence
### (Defendant Radwick)

15. The Plaintiff incorporates by reference all other paragraphs of the Complaint as if fully alleged herein.

16. Defendant Radwick owed the Plaintiff a duty to act reasonably under the circumstances including, but not limited to, a duty to operate the vehicle he was driving in a safe manner and a duty to avoid colliding with other vehicles or other objects on the road.

17. Defendant Radwick breached that duty to the Plaintiff by (a) failing to pay full-time attention to the road; (b) failing to avoid colliding with other vehicles on the road; (c) failing to operate the motor vehicle he was driving in a reasonable, careful, and prudent manner; (d) failing to obey the traffic laws then and there in full force and effect; (e) failing to otherwise act as a reasonable person would under the circumstances; (f) failing to otherwise use that degree of caution and attention which a

person of ordinary skill and judgment would use under similar circumstances.

18. As a direct and proximate result of the negligence of Defendant Radwick, the Plaintiff sustained serious and permanent injuries, has incurred, and will continue to incur, substantial expenses for medical care and attention, has sustained serious injuries that have significantly affected her ability to perform her customary daily activities; has suffered, and will continue to suffer, physical pain and mental anguish; and has suffered, and will continue to suffer, a loss of wages and wage earning capacity.

## PRAYER

WHEREFORE, Plaintiff prays that she be awarded judgment as against the Defendant to this complaint, Plaintiff requests the following for relief:

a. That the court award Plaintiff Johnston damages in the amount of five hundred thousand dollars ($500,000) jointly and individually against the Defendants.

b. That the Court award pre-judgment interest on all sums due to the Plaintiff identified in this action;

c. That the Court award attorneys' fees and costs of this action incurred by the Plaintiff identified in this action;

d. That the Court award such other and further relief as may be proper and to which the Plaintiff is entitled.

Respectfully Submitted,

/s/ Duane O. King
Duane O. King, Esq. #482617
1001 L St. SE
Washington, DC 20003
Telephone (202) 331-1963
Counsel For the Plaintiff

## JURY DEMAND

The Plaintiff requests a jury trial as to all issues alleged herein.

/s/ Duane O. King
Duane O. King