UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| NIKKI L. JOHNSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 22-1284 |
| | ) | |
| WHALA B. SINGH | ) | |
| | ) | |
| Defendant. | ) | |

-----------------------------------------------------------

**PLAINTIFF'S REPORT TO THE COURT**
**REGARDING STATUS OF SETTLEMENT**

Pursuant to this Court's Order (January 10, 2023), at which time the parties had informed the court of a pending settlement, however, the parties were awaiting a response to the insurance carriers' waiver of subrogation.

The parties now have the said written waiver of subrogation and are in the process of completing the settlement that was announced to the court on January 10. Plaintiff anticipates that said settlement will be completed and documents for dismissal of this cause of action should occur within less than thirty (30) days. Plaintiff respectfully requests this matter be docketed for either a report of the parties or dismissal of the cause in thirty (30) days.

Respectfully submitted,

LAW OFFICES OF BRYAN MUSGRAVE, P.C.

By: *B. Musgrave* _____
Bryan N. Musgrave
Missouri Bar No. 50786 – Admitted *pro hac vice*
2005 W Chesterfield Blvd, Ste. 108
Springfield, Missouri 65807
O: (417) 322-2222
F: (417) 322-6000
E: bryan@bryanmusgrave.com
*Counsel for Plaintiff Nikki L. Johnston*
THE LAW OFFICE OF DUANE O. KING, PC
Duane O. King          DC Bar No: 482617
1001 L St. SE
Washington, D.C. 20003
O:  (202) 331-1963
F:  (202) 449-8365
E:  dking@dkinglaw.com
*Counsel for Plaintiff Nikki L. Johnston*

**CERTIFICATE OF SERVICE**

I hereby certify that on this _15th_ day of February 2023, I served a copy of the forgoing document by filing the document with the Court's CM/ECF system upon the following:

Roopal Gupta
RG Law, PLLC
9990 Fairfax Blvd, Ste. 540
Fairfax, VA  22030
rgupta@rglawpllc.com

2